**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

| | |
|---|---|
| ROBIN GETSI,<br>    Plaintiff,<br><br>v.<br><br>MAZDA NORTH AMERICAN OPERATIONS,<br>    Defendant. | )<br>)<br>)<br>)   No. 3:09-CV-532<br>)   Phillips<br>)<br>) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion for summary judgment by defendant Mazda North American Operations. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Robin Getsi take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendant Mazda North American Operations, recover of the plaintiff Robin Getsi its costs of action.

Dated at Knoxville, Tennessee, this _____ day of April, 2010.

                    s/ Patricia L. McNutt
                    Clerk of Court